832 A.2d 909

IN THE MATTER OF SILVIA A. BRANDON–PEREZ, AN ATTORNEY AT LAW (ATTORNEY NO. 022831976).

October 1, 2003.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 03–057, concluding that **SILVIA A. BRANDON-PEREZ** of **NORTH BERGEN,** who was admitted to the bar of this State in 1976, should be suspended from the practice of law for a period of three months for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence) and *RPC* 1.4(a) (failure to communicate with client), and good cause appearing;

It is ORDERED that **SILVIA A. BRANDON–PEREZ** is suspended from the practice of law for a period of three months and until the further Order of the Court, effective October 27, 2003; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.